UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
STACEY MERCER, *on behalf of herself,*
*and all similarly situated individuals*,

        CASE NO.: 1:18-cv-07015-GHW

    Plaintiff,

        **MOTION FOR DEFAULT**
v.        **FINAL JUDGMENT**

HILLSIDE HOTEL, LLC,

    Defendant.
-------------------------------------------------------X

    Plaintiff, Stacey Mercer, by and through the undersigned counsel, hereby moves this Court pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2(b) to enter default final judgment in favor of Plaintiff and against Defendant, Hillside Hotel, LLC, on the grounds that said Defendant has failed to answer or otherwise move with respect to the Complaint.

    Dated this **14th** day of **November**, 2018.

        Respectfully Submitted,

        **Law Offices of Nolan Klein, P.A.**
        *Attorneys for Plaintiff*
        39 Broadway, Ste. 2250
        New York, NY 10006
        PH:  (646) 560-3230
        FAX: (877) 253-1691

    By:  */s/ Nolan Klein*
        NOLAN KLEIN, ESQUIRE
        (NK4223)
        klein@nklegal.com
        amy@nklegal.com